IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TODD V. SWANSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY CO.<br><br>Defendant. | CIV. 07-<br><br>**NOTICE OF DISMISSAL** |

The Plaintiff, Todd V. Swanson, by and through his undersigned counsel, hereby provides notice pursuant to Fed. R. Civ. P. 41(a)(1) that he has dismissed the above-referenced action with prejudice, and with each party to bear their own costs, disbursements and fees.

Dated at Sioux Falls, South Dakota this 5th day of November, 2007.

        BANGS MCCULLEN, BUTLER,
        FOYE & SIMMONS, L.L.P.

        BY \s\ John P. Mullen
            John P. Mullen
        Suite 610, 100 North Phillips Avenue
        PO Box 949
        Sioux Falls, SD 57101-0949
        605/339-6800
        605/339-6801 (fax)
        jmullen@bangsmccullen.com
        Attorneys for Plaintiff.